UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CLIFF JURKIEWICZ, on behalf of himself, and all others similarly situated<br><br>      Plaintiff<br><br>  v.<br><br>GOJO INDUSTRIES, INC.<br>d/b/a PURELL<br><br>      Defendant. | Case No. 5:20-cv-00279<br><br>Judge Benita Y. Pearson |

## NOTICE OF APPEARANCE

Please take notice that B. Andrew Pike of the law firm Jones Day, North Point, 901 Lakeside Avenue, Cleveland, Ohio 44114, hereby appears as counsel for Defendant GOJO Industries, Inc.

| | |
|---|---|
| Dated:  March 10, 2020 | Respectfully submitted,<br><br>*/s/ B. Andrew Pike*<br>B. Andrew Pike (Ohio Bar No. 98496)<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH  44114-1190<br>Telephone:    (216) 586-3939<br>Facsimile:    (216) 579-0212<br>bapike@jonesday.com<br><br>*Counsel for Defendant,*<br>*GOJO Industries, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on March 10, 2020, the foregoing Notice of Appearance was electronically filed via the Court's e-filing system which caused a copy to be served upon all counsel of record.

*/s/ B. Andrew Pike*
B. Andrew Pike
*One of the Attorneys for Defendant*
*GOJO Industries, Inc.*