Approved.
/s/ *Benita Y. Pearson* on 4/3/2020
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CLIFF JURKIEWICZ, on behalf of himself, and all others similarly situated,** | : : : : | **CASE NO. 5:20-cv-00279** |
| | : | **JUDGE BENITA Y. PEARSON** |
| **Plaintiff,** | : : | |
| v. | : : | |
| **GOJO INDUSTRIES, INC. d/b/a PURELL,** | : : : | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| **Defendant.** | : | |

Now comes the Plaintiff, Cliff Jurkiewicz, by and through undersigned counsel, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby gives notice of the dismissal of all claims without prejudice. This notice of dismissal is being filed with the Court by Plaintiff before service by Defendant of either an answer or a motion for summary judgment.

Dated:  April 2, 2020

Respectfully submitted,

/s/ *Terence R. Coates*
W.B. Markovits (0018514)
Terence R. Coates (0085579)
MARKOVITS, STOCK & DeMARCO, LLC
3825 Edwards Rd., Suite 650
Cincinnati, OH 45209
Telephone: (513) 665-0200
Fax: (513) 665-0219
bmarkovits@msdlegal.com
tcoates@msdlegal.com